NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VINCENT A. MADHAVATH,              )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D17-600
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed April 20, 2018.

Appeal from the Circuit Court for Polk
County; James A. Yancey, Judge.

Jose Baez of The Baez Law Firm, Miami,
for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jason M. Miller,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, CRENSHAW, and MORRIS, JJ., Concur.